V. S. RITTENHOUSE, INC., Respondent, v. SETLIN REALTY CORPORATION and Others, Defendants, and NATIONAL SURETY COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

PATRICK RYAN, Respondent, v. PROGRESSIVE GROCERY STORES, INC., Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

SAMUEL STOCK and SAMUEL JAFFE, Respondents, v. BARNETT ZINICK, Also Known as BARNEY ZINICK, and CLARKSON BUILDING CORPORATION, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ABRAHAM SCHNEIDER, Respondent, v. FRANZISKA MINNA MARK, Sometimes Known as MINNIE F. MARK, Appellant, and THE PEOPLE OF THE STATE OF NEW YORK, Defendant.— Motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

WILLIAM E. TRUBEE, Respondent, v. ELSIE R. HAEBLER, Being Sued Herein as ELSIE R. TRUBEE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

EMMA BLACK, Appellant, v. THOMAS M. BLACK, Respondent.— Order modifying notice of examination before trial affirmed, without costs. No opinion. Examination to proceed on five days' notice at the place and hour stated in the order. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

HERBERT T. DARLING, Respondent, v. TAXI WEEKLY, INC., Appellant.— Order denying defendant's motion to dismiss complaint affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

REMSEN B. DECKER and EDNA M. DECKER, His Wife, Appellants, v. BERNARD SALES COMPANY, INC., and THE PEOPLE OF THE STATE OF NEW YORK, Defendants, and JOSEPH GNATOWSKY, Purchaser, Respondent.— Order relieving respondent Gnatowsky from his purchase and directing return of deposit affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

EVRIDIKI FRANGOULIS, Respondent, v. VASILIOS FRANGOULIS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

FROG REALTY CO., INC., Respondent, v. GEM REALTY AND DEVELOPMENT COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.